UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RODNEY DERAMUS,

        Plaintiffs,

Case No. 04-74911-DT

vs.

HON. GEORGE CARAM STEEH

CITY OF DETROIT, ET AL,
        Defendants.

_____/

ORDER OF DISMISSAL WITHOUT PREJUDICE

On May 20, 2005 the Court entered an Order to Show Cause to Plaintiff why Defendant Bradley Clark should not be dismissed for lack of prosecution.

To date the Court has received no written response. Therefore, IT IS ORDERED that Defendant Bradley Clark is dismissed without prejudice.

        s/George Caram Steeh
        GEORGE CARAM STEEH
        UNITED STATES DISTRICT JUDGE

Dated: June 22, 2005

CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record on June 22, 2005, by electronic and/or ordinary mail.

        s/Marcia Beauchemin
        Case Manager/Deputy Clerk